**The Honorable Benjamin H. Settle**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>BARNICK CHIROPRACTIC, PS, a Washington professional services company; JOSE DANIEL ORANTES, an individual; ROGER BARNICK, an individual; OKSANA KUTSAR, an individual,<br><br>       Defendants. | Case No. 3:26-cv-05037-BHS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: APRIL 30, 2026** |

**STIPULATION**

In accordance with Fed. R. Civ. P. 41(a)(1), Plaintiff COUNTRY Mutual Insurance Company and Defendants Barnick Chiropractic, PS and Roger Barnick hereby stipulate that all claims in the above-captioned lawsuit shall be dismissed with prejudice and without fees or costs to any party.

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE
CASE NO. 3:26-CV-05037-BHS - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

DATED: April 30, 2026.

**SELMAN LEICHENGER EDSON**
**HSU NEWMAN & MOORE LLP**

By:    *s/ Matthew Munson*
Matthew Munson WSBA #32019
600 University Street, Suite 2305
Seattle, WA 98101
Tel.:     206.447.6461
Email:  mmunson@selmanlaw.com

*Counsel for Plaintiff COUNTRY Mutual*
*Insurance Company*

DATED: April 30, 2026.

**LANDERHOLM, P.S.**

By:    *s/ James P. Sikora*
Phillip J. Haberthur WSBA #38038
James P. Sikora, WSBA #46226
805 Broadway Street, Suite 1000
P.O. Box 1086
Vancouver, WA 98666-1086
Tel.:     360.696.3312
Email: philh@landerholm.com
james.sikora@landerhom.com

*Counsel for Defendant Barnick Chiropractic,*
*PS and Roger Barnick*

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE
CASE NO. 3:26-CV-05037-BHS - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion to dismiss all claims with prejudice and without fees or costs, and the Court, having reviewed the Stipulation and finding good cause, it is hereby ORDERED, ADJUDGED, AND DECREED that all claims in this suit are hereby dismissed with prejudice and without an award of fees or costs.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Benjamin H. Settle
United States District Judge

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE
CASE NO. 3:26-CV-05037-BHS - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

**CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, I filed the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE with the Clerk of the Court for the United States District Court for the Western District of Washington using the PACER CM/ECF system which will send notification of the filing to all counsel of record who receive PACER CM/ECF notification.

| SERVICE LIST | |
|---|---|
| *Counsel for Defendant Barnick Chiropractic, PS and Roger Barnick* | |
| Philip J. Haberthur WSBA #38038<br>James P. Sikora, WSBA #46226<br>805 Broadway Street, Suite 1000<br>P.O. Box 1086<br>Vancouver, WA 98666-1086<br>Tel.:  360.696.3312<br>Email: philh@landerholm.com<br>james.sikora@landerholm.com | ☒  E-Service<br>☐  E-Mail<br>☐  U.S. Mail |

DATED this 30th day of April 2026.

s/ Alexandra Norsworthy
Alexandra Norsworthy, Legal Assistant
anorsworthy@selmanlaw.com

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE
CASE NO. 3:26-CV-05037-BHS - 4

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: 206.447.6461

4914-4101-7763